IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONEY BENNETT, | 1:07-cv-01725-OWW-WMW (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| T. GONZALES, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient as follows:

    The application did not include the required original signature by an authorized officer of the institution of incarceration.   28 U.S.C. § 1915(a)(2).

    The application did not include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

-1-

1            Plaintiff will be provided the opportunity to submit a new application to proceed
2    in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing
3    fee.
4        Accordingly, IT IS HEREBY ORDERED that:
5            1. The Clerk's Office shall send plaintiff the form for application to proceed in
6    forma pauperis.
7            2. Within thirty (30) days of the date of service of this order, plaintiff shall submit
8    a completed application to proceed in forma pauperis and a certified copy of his prison trust
9    account statement for the six month period immediately preceding the filing of the complaint, or
10   in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order
11   will result in a recommendation that this action be dismissed.

13   IT IS SO ORDERED.
14   **Dated:   December 4, 2007**            **/s/  William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE

-2-